UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| CLINTON BASS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:08-CV-19-JCH ) |
| AUDRAIN COUNTY SHERIFF, et al., | ) ) ) |
| Defendants. | ) |

**ORDER OF DISMISSAL**
**PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)**

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

Dated this 10th day of June, 2008.

    **/s/ Jean C. Hamilton**
     **UNITED STATES DISTRICT JUDGE**